UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DEWEY L. HINDS, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | No.: 3:14-cv-102-PLR-CCS |
| v. ) | |
| ) | |
| SHEILA BAILY, et al., ) | |
| ) | |
| *Defendants*. ) | |

## MEMORANDUM

On May 6, 2014, plaintiff was given twenty (20) days to amend his complaint to properly state a claim against the defendants listed in his complaint or his action would be dismissed. Plaintiff has failed to amend his complaint or otherwise respond to the order of this Court. Therefore, this action will be **DISMISSED WITHOUT PREJUDICE**, *sua sponte*, for failure to state a claim upon which relief can be granted under 42 U.S.C. §1983, and for plaintiff's failure to prosecute and to comply with the orders of this Court. Fed. R. Civ. P. 41(b); *Jourdan v. Jabe*, 951 F.2d 108 (6th Cir. 1991). The Court will **CERTIFY** that any appeal from this action would not be taken in good faith and would be totally frivolous. *See* Fed. R. App. P. 24.

AN APPROPRIATE ORDER WILL ENTER.

/s/ Pamela L. Reeves
UNITED STATES DISTRICT JUDGE